UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR198-MU |
| | ) | |
| vs. | ) | |
| | ) | O R D E R |
| JIMMIE LEE THORNE | ) | |

Upon the motion of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order dismissing the Supervised Release Violation Petition, filed October 16, 2008; and

IT APPEARING to the Court that such a motion for dismissal is for good cause;

NOW, THEREFORE, IT IS ORDERED that the Supervised Release Violation Petition, filed October 16, 2008, be dismissed.

Signed: November 5, 2008

Graham C. Mullen
United States District Judge